UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62615-CIV-ALTONAGA/O'Sullivan

**SHAUNTEL WHITE**,

    Plaintiff,
v.

**HORIZON BY-THE-SEA INN, INC.**, *et al.*,

    Defendants.
_____/

ORDER REQUIRING SUBMISSION OF
SETTLEMENT AGREEMENT FOR COURT APPROVAL

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement [ECF No. 24], filed on February 18, 2016.

This is a Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, case in which the parties have stipulated to dismissal, following a settlement. The two circumstances in which FLSA claims may be compromised are claims that are: 1) supervised by the Secretary of Labor, pursuant to 29 U.S.C. § 216(c); and 2) when a court reviews and approves a settlement in a private action for back wages under 29 U.S.C. § 216(b). *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982). Before a court may approve a compromised settlement, it must scrutinize the settlement to determine whether it is a fair and reasonable resolution of a bona fide dispute. *See id.* at 1354-55. In contrast, where a plaintiff is offered full compensation on his or her FLSA claim, no compromise is involved and judicial approval is not required. *See Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).

The parties are therefore instructed to submit by **March 4, 2016**, for the undersigned's

CASE NO. 15-62615-CIV-ALTONAGA

review and approval, their proposed settlement, should the Plaintiff not have been offered full compensation on the FLSA claim filed.  Where a settlement must be approved by the Court, the settlement becomes a part of the judicial record, and therefore, may not be deemed confidential even if the parties so consent.  *See, e.g., Jessup v. Luther*, 277 F.3d 926 (7th Cir. 2002) (noting that even when a settlement is entered into the court's file under seal it becomes part of the judicial record).  Accordingly, the parties are not to submit their settlement agreement under seal.

**DONE AND ORDERED** in Miami, Florida this 18th day of February, 2016.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record