UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62615-CIV-ALTONAGA/O'Sullivan

**SHAUNTEL WHITE**,

    Plaintiff,
v.

**HORIZON BY-THE-SEA INN, INC.**, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement [ECF No. 24], filed on February 18, 2016. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above styled action is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida this 18th day of February, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record