The Law Offices of

# LEVY & LEVY, P.A.

Telephone: (954) 763-5722                                            915 Middle River Drive, #518
Facsimile:   (954) 763-5723                                          Fort Lauderdale, Florida 33304

## FINAL INVOICE

Attorney:            Chad E. Levy, Esq.
Case Name:           White, Shauntel *v.* Horizon-by-the-Sea Inn, Inc.
                     0:15-cv-62615-CMA
Statement Date:      February 27, 2016
Amount due:          $4,550.00 attorney's fees
                     $500.00 costs

### ATTORNEY FEES

| DATE | | |
|---|---|---|
| 07/15/2015 | Intake on Client | 0.8 |
| 07/23/2015 | Research and Investigation on Defendants | 0.6 |
| 07/30/2015 | TC with Client on figures | 0.2 |
| 07/30/2015 | Draft Demand Letter | 0.5 |
| 08/07/2015 | Receive Undeliverable Response and follow up on further investigation of Defendants | 0.4 |
| 12/07/2015 | Draft Complaint | 0.6 |
| 12/14/2015 | Finalize Complaint | 0.3 |
| 12/15/2015 | Review Orders and Notice from Court | 0.3 |
| 12/17/2015 | Prepare calculation of wages | 0.4 |
| 12/24/2015 | Finalize Statement of Claim | 0.5 |
| 01/06/2016 | Review Order on Service | 0.1 |
| 01/06/2016 | Review Service Form and Prepare Return | 0.2 |
| 01/06/2016 | Review Order on Scheduling Report | 0.2 |
| 01/20/2016 | Review Answer and Aff Defenses | 0.5 |
| 01/21/2016 | Draft Cert. Interested Parties | 0.1 |
| 01/21/2016 | Draft Joint Scheduling Report | 0.4 |
| 01/26/2016 | Review email from OC on Report | 0.1 |
| 01/27/2016 | Review changes from OC on Report | 0.2 |
| 01/27/2016 | Finalize Scheduling Report and file | 0.5 |
| 01/28/2016 | Review Trial Order | 0.3 |
| 01/28/2016 | Prepare Discovery Requests to Defendants | 0.8 |
| 01/29/2016 | Review Defendants Cert. Interested Parties | 0.1 |
| 01/29/2016 | Review Initial Disclosures | 0.2 |
| 02/01/2016 | Review Order Setting Settlement Conference | 0.2 |
| 02/09/2016 | Review Response to Statement of Claim and Documentation | 1.1 |
| 02/12/2016 | TC with client | 0.3 |
| 02/16/2016 | Email to OC on settlement | 0.1 |

| | | |
|---|---|---|
| 02/16/2016 | Email from OC and File Notice of Mediator | 0.2 |
| 02/17/2016 | TC with client on settlement | 0.3 |
| 02/17/2016 | Email to OC with offer | 0.2 |
| 02/18/2016 | Email from OC with offer | 0.1 |
| 02/18/2016 | TC with client on settlement | 0.4 |
| 02/18/2016 | Email to OC with offer | 0.2 |
| 02/18/2016 | Email from OC accepting offer | 0.1 |
| 02/18/2016 | Draft Release | 0.5 |
| 02/18/2016 | Draft Notice of Settlement | 0.1 |
| 02/18/2016 | Revise Release Agreement from OC | 0.2 |
| 02/22/2016 | Review Executed Agreement from OC | 0.2 |
| 02/22/2016 | TC with client on execution | 0.2 |
| 02/27/2016 | Draft Motion for Approval | 0.3 |

TOTAL: 13.0 hours
ATTORNEY RATE: $350.00/hr
TOTAL DUE: **$4,550.00**

**COSTS LEDGER**

Filing Fee          $400.00
Process Server      $100.00

TOTAL DUE:          $**500.00**