UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62615-CIV-ALTONAGA/O'Sullivan

SHAUNTEL WHITE,

    Plaintiff,
v.

HORIZON BY-THE-SEA
INN, INC., *et al.*,

    Defendants.
_____/

ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff, Shauntel White's ("Plaintiff['s]") Amended Unopposed Motion to Approve Settlement . . . ("Motion") [ECF No. 31], filed March 7, 2016. The Motion seeks approval of a proposed Settlement and General Release Agreement ("Agreement") [ECF No. 28-1].[1]  (*See generally* Mot.). Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 31]** is **GRANTED**.

2. The Settlement and General Release Agreement [**ECF No. 28-1**] between Plaintiff, Shauntel White and Defendants, Horizon by-the-Sea Inn, Inc., and John Zych, which

---

[1] The Agreement was attached to Plaintiff's Unopposed Motion . . . ("First Motion") [ECF No. 28], filed on February 27, 2016.  (*See* [ECF No. 28-1]). The Court denied the First Motion by an Order [ECF No. 30] entered on February 29, 2016. Plaintiff has not reattached the Agreement to this Motion, but the Court considers the Agreement in granting the current Motion.

CASE NO. 15-62615-CIV-ALTONAGA/O'Sullivan

has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Settlement and General Release Agreement.

**DONE AND ORDERED** in Miami, Florida, this 9th day of March, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2